IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00615-REB-KLM

MARISSA LEE VALDEZ

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Private Alternative Dispute Resolution and to Vacate Settlement Conference** [Docket No. 17; Filed September 18, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Settlement Conference set for November 4, 2008 at 1:30 p.m. is **vacated** and will be reset upon joint motion of the parties.

Dated: September 22, 2008